RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 7/15/10
BY_____

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | | |
|---|---|---|
| KALVIN GARNER | * | CIVIL ACTION NO. 09-0670 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| RICHLAND PARISH DETENTION CENTER, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the Motion for Summary Judgment [Doc. # 29] filed by Plaintiff Kalvin Garner is hereby **DENIED** at this time.

**IT IS FURTHER ORDERED** that the Cross-motion for Summary Judgment [Doc. # 38] filed by Defendant Lt. Hamm is hereby **DENIED** at this time.

**IT IS FURTHER ORDERED** that the matter is referred to Magistrate Judge Hayes to hold an evidentiary hearing on the issue of exhaustion and to issue her findings to the court, via report and recommendation.

MONROE, LOUISIANA, this 15th day of July, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE