RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 12/13/10
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| KALVIN GARNER | CIVIL ACTION NO. 09-0670 |
| VERSUS | JUDGE ROBERT G. JAMES |
| RICHLAND PARISH DETENTION CENTER, ET AL. | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that Plaintiff Kalvin Garner's claims against Defendant Lt. Hamm are hereby **DISMISSED WITHOUT PREJUDICE**, on the merits, but **DISMISSED WITH PREJUDICE** for purposes of proceeding in forma pauperis pursuant to 28 U.S.C. § 1915(d).

MONROE, LOUISIANA, this 12 day of December 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE